# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

January 24, 2006

Donald J.P. Sweeney, Esquire
1515 Market Street
19th Floor
Philadelphia, PA 19102

Re: Mertz v. Donzi Marine, Inc. and American Holding, Inc. v. The
    Boat Store
    Civil Action No. 04-55-E

Dear Mr. Sweeney:

A review of the court record indicates that the answer to the counterclaim filed by third-party defendant, The Boat Store, was never filed.

Please file the answer to the counterclaim on behalf of third-party plaintiffs, Donzi Marine, Inc., and American Marine Holding, Inc., by no later than February 7, 2006.

Failure to do so may result in sanctions.

Very truly yours,

s/Karen M. Wilson
Administrative Assistant
Judge Maurice B. Cohill, Jr.

cc/ecf:   James E. Spoden, Esquire

          The Boat Store
          (Forwarded certified mail, return receipt requested;
           and regular first class mail)