## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ, | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DONZI MARINE, INC. and | : | |
| AMERICAN MARINE HOLDINGS, | : | |
| INC., in its own right and d/b/a | : | |
| DONZI MARINE, | : | |
| Defendants and | : | |
| Third-Party Plaintiffs | : | THE HONORABLE MAURICE B. COHILL, JR. |
| | : | |
| v. | : | |
| | : | |
| THE BOAT STORE | : | |
| Third-Party Defendant | : | NO. 04-55E |

### REPLY OF THIRD-PARTY PLAINTIFFS, DONZI MARINE, INC. AND AMERICAN MARINE HOLDINGS, INC., in its own right and d/b/a DONZI MARINE, TO "COUNTERCLAIM" OF THIRD-PARTY DEFENDANT, THE BOAT STORE

19.     Third-Party Plaintiffs incorporate each and every paragraph of its Third-Party Complaint as if set forth herein at length.

20-21.  These averments are denied as conclusions of law to which no response is required.  By way of further answer, these allegations are improper for a "counterclaim" since they seek contribution and indemnification from Third-Party Plaintiffs and also aver joint and several liability with Third-Party Plaintiff.  As such, this pleading is in the nature of a crossclaim as opposed to a counterclaim.  In any event, the allegations are denied and proof is demanded at time of trial.

**WHEREFORE,** Third-Party Plaintiffs, Donzi Marine, Inc. and American Holdings, Inc., in its own right and d/b/a Donzi Marine, demand judgment in their favor and against Third-Party Defendant, The Boat Store.

**SWEENEY & SHEEHAN**

By: _____
       Donald J.P. Sweeney
       Attorney for Defendants,
       Donzi Marine, Inc. and
       American Marine Holdings, Inc.

       Identification No.: 03696
       Nineteenth Floor
       1515 Market Street
       Philadelphia, PA 19102
       (215) 563-9811

Date:   February 6, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ, | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| v. | : | |
| | : | <u>JURY TRIAL DEMANDED</u> |
| DONZI MARINE, INC. and AMERICAN | : | |
| MARINE HOLDINGS, INC., in its own | : | |
| right and d/b/a DONZI MARINE, | : | |
| Defendants and | : | |
| Third-Party Plaintiffs | : | THE HONORABLE MAURICE B. COHILL, JR. |
| v. | : | |
| | : | |
| THE BOAT STORE | : | |
| Third-Party Defendant | : | NO. 04-55E |

## CERTIFICATION OF SERVICE

I hereby certify that the following counsel of record were served with a true and correct copy of **Reply of Third-Party Plaintiffs, Donzi Marine, Inc. and American Marine Holdings, Inc., in its own right and d/b/a Donzi Marine, to "Counterclaim" of Third-Party Defendant, The Boat Store** in the above-captioned matter by U.S. Postal Service, First Class Mail on February 6, 2006:

Eric J. Purchase, Esquire
Matthew W. Fuchs, Esquire
**MacDONALD, ILLIG, JONES & BRITTON LLP**
100 State Street, Suite 700
Erie, PA 16507-1459

Gregory Szczesny
**THE BOAT STORE**
10170 West Main Street
North East, PA 16428

**SWEENEY & SHEEHAN**

By: _____
Donald J.P. Sweeney
Attorney for Defendants,
Donzi Marine, Inc. and
American Marine Holdings, Inc.
