IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ, | ) |
| Plaintiff | ) |
| v. | ) Case No. 04-55 Erie |
| DONZI MARINE, INC. and AMERICAN MARINE HOLDINGS, INC., in its own right and d/b/a DONZI MARINE, | ) Judge Cohill |
| Defendants and Third Party Plaintiffs, | ) |
| v. | ) |
| THE BOAT STORE, | ) |
| Third Party Defendant | ) |

## ORDER

AND NOW, this 7th day of December, 2006, it is hereby ORDERED, ADJUDGED, AND DECREED that counsel for Defendants Donzi Marine, Inc. and American Marine Holdings, Inc., in its own right and d/b/a Donzi Marine shall provide the Court with the original Purchase Agreement for the 2003 Donzi 38ZX Daytona motorboat purchased by Plaintiff Thomas Mertz on or before December 21, 2006.

_____
Maurice B. Cohill, Jr.
Senior District Court Judge