IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ,<br>    Plaintiff | ) CIVIL ACTION<br>)<br>) |
| v. | ) NO. 04-55E<br>) |
| DONZI MARINE, INC. and AMERICAN MARINE HOLDINGS, INC., in its own right and d/b/a/ DONZI MARINE<br>    Defendants | )<br>) JURY TRIAL DEMANDED<br>)<br>) Electronically Filed |

## NOTICE OF APPEARANCE ON BEHALF OF THOMAS E. MERTZ

To:   Clerk of Courts Robert V. Barth, Jr.

Please enter the appearance of W. Patrick Delaney and Matthew W. Fuchs on behalf of the plaintiff, Thomas E. Mertz, to be filed in the United States District Court for the Western District of Pennsylvania in the above-captioned action.

Respectfully submitted,

s/W. Patrick Delaney
W. Patrick Delaney
PA ID No. 23956
Matthew W. Fuchs
PA ID No. 89767
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
pdelaney@mijb.com
mfuchs@mijb.com

Attorneys for Plaintiff,
Thomas E. Mertz

---

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon all other parties appearing of record by First-Class United States Mail sent on March 7, 2007.

s/W. Patrick Delaney

1007007/11647.0005