IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ, | : | CIVIL ACTION - LAW |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DONZI MARINE, INC. and | : | <u>JURY TRIAL DEMANDED</u> |
| AMERICAN MARINE HOLDINGS, | : | |
| INC., in its own right and d/b/a | : | |
| DONZI MARINE, | : | |
| Defendants and | : | THE HONORABLE MAURICE B. COHILL, JR. |
|     Third-Party Plaintiffs | : | |
| v. | : | |
| | : | |
| THE BOAT STORE | : | |
|     Third-Party Defendant | : | NO. 04-55E |

### ORDER

**AND NOW,** this _____ day of _____, 2007, upon consideration of the Motion to Amend the Third Party Complaint of Donzi Marine, Inc. and American Marine Holdings, Inc. in its own right and d/b/a Donzi Marine, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion to Amend the Third Party Complaint is GRANTED and that the Third Party Defendant's name is changed to Szczesny Enterprises, Inc. d/b/a the Boat Store.

                                                         BY THE COURT:

                                                         _____

                                                                         J.