IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ,<br>    Plaintiff<br>  v. | : | CIVIL ACTION - LAW |
| DONZI MARINE, INC. and<br>AMERICAN MARINE HOLDINGS,<br>INC., in its own right and d/b/a<br>DONZI MARINE, | : | JURY TRIAL DEMANDED |
| Defendants and<br>    Third-Party Plaintiffs<br>  v. | : | THE HONORABLE MAURICE B. COHILL, JR. |
| THE BOAT STORE<br>    Third-Party Defendant | : | NO. 04-55E |

### CERTIFICATION OF SERVICE

I hereby certify that the following counsel of record were served with a true and correct copy of the **Motion to Amend the Third Party Complaint of Defendants and Third-Party Plaintiffs, Donzi Marine, Inc. and American Marine Holdings, Inc., Pursuant to Federal Rule of Civil Procedure 15(a) and (c)** in the above-captioned matter via electronic and U.S. Postal Service, First Class Mail on April 11, 2007:

Matthew W. Fuchs, Esquire
**MacDONALD, ILLIG, JONES &
BRITTON LLP**
100 State Street, Suite 700
Erie, PA 16507-1459

Gregory Szczesny
**THE BOAT STORE**
5676 Luna Lane
Erie, PA 16506-4742

SWEENEY & SHEEHAN

By: /s/ Warren E. Voter
Warren E. Voter
Attorney for Defendants and
Third Party Plaintiffs,
Donzi Marine, Inc. and
American Marine Holdings, Inc.