# Exhibit "D"

# MARINE PURCHASE AGREEMENT

**The Boat Store**
PRO-LINE · DONZI · MIRROCRAFT · MONTEREY
10170 W. Main Rd.
North East, PA 16428
(814) 725-6999

SUBJECT TO THE TERMS AND CONDITIONS STATED ON BOTH SIDES OF THIS AGREEMENT.
SELLER AGREES TO SELL AND THE BUYER AGREES TO BUY THE FOLLOWING DESCRIBED PROPERTY.

| Field | Value |
|---|---|
| SOLD TO | THOMAS MERTZ |
| HOME PHONE | 814-474-1878 |
| BUS. PHONE | 814-838-9777 |
| DATE | 5/8/02 |
| ADDRESS | 5850 Ruhl Rd |
| CITY | FAIRVIEW |
| STATE | PA |
| ZIP | 16415 |
| SALESPERSON | Greg |
| STOCK NO. | — |
| COLOR | Purples Yellow |
| LOA | 38' |
| BEAM | 9'3" |

| MAKE | YEAR | MODEL & HP & FUEL TYPE | SERIAL NO. | NEW/USED | PRICE |
|---|---|---|---|---|---|
| BOAT: Donzi | 2003 | 38 ZX DAYTONA | | NEW | $338,215.00 |
| MOTOR #1: Mercury | 2003 | 575 SCI | | NEW | |
| MOTOR #2: Mercury | 2003 | 575 SCI | | NEW | |
| TRAILER: | | | | | |

| OPTIONAL EQUIPMENT/ACCESSORIES | AMOUNT |
|---|---|
| Air Cond & Heat | $5,228.00 |
| Carbon Monoxide Detector | 150.00 |
| Compass Digital | 300.00 |
| Convenience Pkg | 2,212.00 |
| Depth Finder Digital | 307.00 |
| Electronics Pkg | 1,778.00 |
| Fume Detector | 242.00 |
| Head Outlet 110V | 121.00 |
| Head Vacuflush w/Holding Tank w/Macerator & Valve | 1928.00 |
| Hour Meters | 200.00 |
| Transom Shower | 157.00 |
| Television w/VCR/CAB | 1,521.00 |
| Water Heater | 807.00 |
| Bow Rails | 500.00 |
| Flow Meters (Scan) | 1,590.00 |
| Mean Streak Graphics | 5,800.00 |
| **TOTAL OPTIONAL EQUIPMENT/ACCESSORIES** | **$22,871.00** |

| | |
|---|---|
| TOTAL PURCHASE ABOVE | $338,215.00 |
| OPTIONAL EQUIPMENT/ACCESSORIES | 22,871.00 |
| SALES TAX (if applicable) | |
| DEALER PREP. | |
| LABOR / INSTALL | |
| DEL. AND / OR LAUNCHING | |
| FREIGHT | |
| SUB-TOTAL | $361,086.00 |
| TOTAL TRADE-IN ALLOWANCE | 45,000.00 |
| LESS BALANCE DUE ON ABOVE | — |
| NET ALLOWANCE | 316,086.00 |
| Discount NET SALE | $44,996.00 |
| SALES TAX (if not included above) | |
| TITLE - REGISTRATION - OFFICE FEES | |
| $11,000 Discount | -10,000.00 |
| For 9 Month Payout Deal | |
| CASH SALE PRICE | $361,090.00 |
| Sale LESS TOTAL PAYMENTS | 15,665.40 |
| Documentation | 500.00 |
| UNPAID BALANCE OF CASH SALE PRICE | $277,255.00 |

### DESCRIPTION OF TRADE-IN

| BOAT MAKE | YEAR | SIZE | SERIAL NO. |
|---|---|---|---|
| Sunray | 1988 | 32 | SERC3154 788-P32 35000 |
| MOTOR #1: Mercury | 88 | 310 | |
| MOTOR #2: Mercury | 88 | 310 | |
| TRAILER: Sunline | 2000 | 3K | 474XC0AR0691777R |
| AMOUNT OWING | | | 10,000.00 |

TOTAL TRADE-IN ALLOWANCE $45,000.00

TRADE-IN DEBT TO BE PAID BY: ☐ DEALER  ☒ CUSTOMER

TITLE TO THE ABOVE DESCRIBED EQUIPMENT SHALL BE TRANSFERRED TO BUYER WHEN BUYER HAS MADE PAYMENT IN FULL FOR THE EQUIPMENT.

THE PARTIES TO THIS AGREEMENT ARE AWARE THAT THE TRADE-IN ALLOWANCE OR THE PURCHASE PRICE SHOWN ABOVE MAY REQUIRE ADJUSTMENTS PURSUANT TO THE PROVISIONS OF PARAGRAPHS 5, 6, 7, AND 11 OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS DOCUMENT.

Buyer certifies that he/she has read the Terms and Conditions on the back of this document and agrees that they shall be incorporated as part of this Agreement.
Buyer certifies the following: 1) he/she is of legal age to enter into this Agreement; 2) the above described equipment and insurance (if applicable) have been purchased voluntarily; 3) the trade-in is free from all liens and encumbrances other than those listed herein.
Buyer agrees that all provisions to this Agreement (including the Terms and Conditions on the reverse side hereof) are severable. If any provision is held to be invalid, it shall not affect the other provisions, which shall be given full force and effect.

I, OR WE, HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER AND THAT I, OR WE HAVE READ THE BACK OF THIS AGREEMENT.
I, OR WE, ALSO AGREE THAT THE BALANCE WILL BE PAID BY ☐ CASH, ☐ BANK DRAFT, ☐ CERTIFIED CHECK, OR BY THE EXECUTION OF A RETAIL INSTALLMENT CONTRACT, OR A SECURITY AGREEMENT AND ITS ACCEPTANCE BY A FINANCING AGENCY.

X _____ BUYER

X _____ BUYER

☐ WHEN THIS BOX IS CHECKED, THE UNIT WHICH IS THE SUBJECT OF THIS CONTRACT IS BEING SOLD ON AN "AS IS" BASIS. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THIS UNIT IS WITH THE PURCHASER.

### SPECIAL TERMS AND CONDITIONS

No Scoops (new deck lid)
Mean Streak Graphics
Primary Color Purple
Secondary Color Yellow
* No Donzi on Windscreen
* No Daytona on Engine Hat
* No Donzi on Forward Side
Bow Rails on each side of

The Boat Store
_____ DEALER
Not Valid Unless Signed and Accepted by an Officer of the Company.

By _____
Approved. Subject to Acceptance of Financing by Bank or Finance Company