# Exhibit "G"

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF PENNSYLVANIA
 2
     THOMAS E. MERTZ,              : CIVIL ACTION
 3        Plaintiff                :
                                   :
 4        v.                       : NO. 04-55E
                                   :
 5   DONZI MARINE, INC. and        :
     AMERICAN MARINE HOLDINGS,     :
 6   INC., in its own right and:
     d/b/a DONZI MARINE,           :
 7        Defendants               : JURY TRIAL DEMANDED

 8

 9

10          Deposition of GREGORY SZCZESNY, taken before

11     and by Sonya Hoffman, Notary Public in and for the

12     Commonwealth of Pennsylvania on Wednesday, February

13     2, 2005, commencing at 1:31 p.m., at the offices of

14     MacDonald Illig Jones & Britton, LLP, 100 State

15     Street, Suite 700, Erie, PA 16507.

16

17   For the Plaintiff:

18      W. Patrick Delaney, Esquire
        Matthew W. Fuchs, Esquire
19      MacDonald Illig Jones & Britton, LLP
        100 State Street, Suite 700
20      Erie, PA 16507

21   For the Defendants:

22      Robyn F. McGrath, Esquire
        Sweeney & Sheehan, P.C.
23      1515 Market Street, Suite 1900
        Philadelphia, PA 19102

24

25               Reported by Sonya Hoffman
            Ferguson & Holdnack Reporting, Inc.
```

1

```
 1   just a position as a laborer or a skilled trade?
 2        A.   A machinist.
 3        Q.   How close were you to your degree in industrial
 4   engineering?
 5        A.   Two years away.
 6        Q.   I presume you were going part time over that
 7   period of time?
 8        A.   Uh-huh, yes.
 9        Q.   Did you take any sort of an associate's degree
10   or --
11        A.   Yes.  I have a degree from the Associated
12   Industrial Engineering Center.
13        Q.   From Gannon?
14        A.   No, it's an outsourcing corporation.
15        Q.   Any other advanced education other than Gannon?
16        A.   No.
17        Q.   I understand that you had an ownership interest in
18   a business called The Boat Store.
19        A.   Yes.
20        Q.   When did you first become involved in that
21   business?
22        A.   About 1998.
23        Q.   Did you found the business?
24        A.   Yes.
25        Q.   Where was the initial location of the business?
```

```
 1      A.    10190 West Main Road, North East, PA.
 2      Q.    Did it ever have any other location?
 3      A.    We moved to 10170 West Main Road, North East, PA.
 4      Q.    When did you make that move?
 5      A.    2000.
 6      Q.    And have you -- I'm sorry, is The Boat Store still
 7   in operation?
 8      A.    Yes, it is.
 9      Q.    And is it still at 10170 West Main Road in North
10   East?
11      A.    Partially.
12      Q.    Where else is it located?
13      A.    We have one on -- at Dobbin's Landing.
14      Q.    When was that opened?
15      A.    2001.
16      Q.    Are there any other locations?
17      A.    We have a sales office on the Bayfront Highway.
18      Q.    Here in the City?
19      A.    Uh-huh.
20      Q.    When was that sales office opened?
21      A.    2004.
22      Q.    You know that we're here with regard to the
23   purchase by Mr. Thomas Mertz of a boat manufactured by
24   Donzi.  What store would that -- or what location would that
25   transaction have occurred?
```

| | | |
|---|---|---|
| 1 | Q. | Is The Boat Store a corporate entity? |
| 2 | A. | Yes. |
| 3 | Q. | Are you the sole shareholder? |
| 4 | A. | Yes. |
| 5 | Q. | And has that been true since 1998? |
| 6 | A. | Yes. |
| 7 | Q. | Of the eight employees in 2002, how many were involved in sales? |
| 9 | A. | Two. |
| 10 | Q. | And how many in service? |
| 11 | A. | Three. |
| 12 | Q. | And would the other persons have been involved in -- |
| 14 | A. | Clerical. |
| 15 | Q. | -- clerical, front office work?  In 2002, was The Boat Store an authorized dealer of the Donzi product? |
| 17 | A. | Yes. |
| 18 | Q. | The Donzi line of boats? |
| 19 | A. | (Witness nods head.) |
| 20 | Q. | At The Boat Store, would you have had other lines of boats at that time? |
| 22 | A. | Yes. |
| 23 | Q. | Could you tell me what they were? |
| 24 | A. | Pro Line. |
| 25 | Q. | Pro Line.  One word, two words? |

9

```
 1
 2
 3                    C E R T I F I C A T I O N
 4
 5        I, Sonya Hoffman, a Court Reporter and
 6   Notary Public in and for the Commonwealth of
 7   Pennsylvania, do hereby certify that the foregoing
 8   is a true and accurate transcript of my
 9   stenographic notes in the above-captioned matter.
10
11
12
13                    _____
14                    Court Reporter and Notary Public
15
16
17        Dated:  February 15, 2005
18
19
20        NOTARIAL SEAL
21        SONYA A. HOFFMAN, NOTARY PUBLIC
          CITY OF ERIE, ERIE COUNTY
22        MY COMMISSION EXPIRES NOV. 9, 2008
23
24
25
```