*Exhibit "H"*



# Corporations

Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification

**Date:** 4/10/2007

**Business Entity
Filing History**
(Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| SZCZESNY ENTERPRISES, INC. | Current Name |

### Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 2635604 |
| **Status:** | Active |
| **Entity Creation Date:** | 5/4/1995 9:58:49 AM |
| **State of Business.:** | PA |
| **Principal Office Address:** | 10251 WEST MAIN RD<br>NORTH EAST PA 16428-0 |
| **Mailing Address:** | No Address |

### Officers

| | |
|---|---|
| **Name:** | GREGORY SZCZESNY |
| **Title:** | **President** |
| **Address:** | 10251 WEST MAIN RD<br>NORTH EAST PA 16428-0 |

Home | Site Map | Site Feedback | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement