IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 04-55-E |
| | ) |
| DONZI MARINE, INC., and | ) |
| AMERICAN MARINE HOLDING, INC., | ) |
| in its own right, d/b/a DONZI | ) |
| MARINE, | ) |
| | ) |
| Defendants/third-party plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE BOAT STORE, | ) |
| | ) |
| Third-party deft. | ) |

O R D E R

AND NOW, this 12th day of April, 2007, upon consideration of Defendants/Third-Party Plaintiffs' Motion to Amend the Third-Party Complaint (document No. 27) and Brief in Support thereof filed in the above captioned matter on April 11, 2007,

IT IS ORDERED that the third-party defendant file a response no later than April 26, 2007.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

ecf:     Counsel of record

cc:      The Boat Store
         5676 Luna Lane
         Erie, PA 16506-4742