# Exhibit "A"

# R. V. Wagner III

10730 Old Grove Cr.
Bradenton, Fl. 34212
Phone: 941 748-6847
Cell:   941 400-8491
Fax:    941 748-6167
Email: rvwagner3@tampabay.rr.com

## Education

| | |
|---|---|
| 1970 | Attended Edison Junior College<br>Communication Courses |
| 1965-1968 | Manatee Junior College<br>Business Administration Curriculum |
| 1960-1964 | Manatee High School |

## Professional Experience

| | |
|---|---|
| Present | Independent Marine Consultant & Marine Surveying, and General Manager for Marine Surplus- retail and wholesale distributor of marine related components, parts and supplies. |
| 1998-2000 | Vice President of Customer Service<br>American Marine Holdings, Sarasota Florida<br><br>Responsible for all aspects of the daily operations for the Customer Service Department of Donzi Marine and Pro Line Boats. Led a staff of 24 personnel. |
| 1994 | Consultant for Customer Service Department<br>Gulf Wind Marine, Sarasota Florida<br>Sea Ray Dealership |
| 1987-1994 | Customer Service Manager<br>Wellcraft Marine, Sarasota Florida<br>Responsible for all aspects of the daily operations of the Customer Service Department. Including warranty authorization, parts/parts shipping, and the local service center. Led a staff of 35 employees |

1983-1987   Owner/Manager
Marine Outlet, retail sales and service
Handled Wellcraft and Pro Line Boats

After working for the business eleven years, I purchased it and reorganized the entire operation. Within four years had raised the gross volume by 300 percent while cutting cost and expenses. This was a boat sales and service facility dealing in new and used units. Recognized as one of Wellcraft Marine's Top10 National Dealers each year. I personally handled surveying and appraising duties along with supervising a staff of 26.

President of the Manatee/Sarasota Marine Association.

1972-1983   Service Manager
Marine Outlet

Required a complete "hands on" knowledge of new unit assembly and finishing, used hull and motor repairs, and the necessary safety characteristics of various types of marine equipment.

1969-1972   Technician
Outboard Marine Corporation

Progressed from entry level mechanic to Classified A Technician. This was a testing facility for product development and research.

## References

Howard Papke
C.O.O. Pro Line Boats
1520 So. Suncoast Blvd.
Homosassa, Fl. 34448
800 344-1281

F. Steven Herb, Esquire
2070 Ringling Blvd.
Sarasota, Fl. 34237
941 366-7550

Fredrick Elbrecht, Esquire
1660 Ringling Blvd.
Sarasota, Fl. 34238
941 861-7272

Robert Morter, Esquire
104 West Street
Annapolis, Md. 21401-0551
301 261-2042

## Accreditations

Accredited Marine Surveyor

ABYC Standards Accreditation

ABYC Electrical Systems

ABYC Certified Marine Corrosion Technician

United States Coast Guard Licensed Captain

Completed course presented by Atlantic Marine Surveyors Inc. for blistering and laminate failures in fiberglass boat hulls.

Certified by National Marine Manufactures Association Standards Compliance Specialist in:

- Ventilation
- Steering
- Electrical Systems
- Fuel Systems
- Boat Powering

## Certifications Previously Held

Certified Technician for Johnson Outboard Motors for 25 Years

Certified Technician for OMC Stern Drives for 20 Years

Certified Technician for Mercruiser Stern Drives for 20 Years

Certified Technician for Volvo Stern Drives for 5 Years

## Affiliations

Member of Society of Accredited Marine Surveyors

Member of American Boat and Yacht Council