# *Exhibit "C"*

## NORTH COAST MARINE SERVICES
## Box 169
## 1903 W. 8TH STREET
## ERIE PA 16505

PHONE (814) 833-9098 * Toll Free (877) 815-2830 * Fax (814) 836-8480 * Email nrthcost@velocity.net

## DECK MOISTURE CONTENT REPORT

**FILE #** 04097

**SURVEY DATE:** 8/18/04          **REPORT DATE:** 8/22/04

**MANUFACTURER:**    Donzi Marine, Sarasota, Florida

**MODEL:**    Daytona 33ZX

**YEAR:**    2003

**HIN:**    DNAZ8001E203

**CONTRACTOR:**    RV Wagner SA
                   Forecast Marine Consulting and Surveying
**ADDRESS:**       10730 Old Grove Circle
**CITY, ST. ZIP:** Bradenton FL 34212
**PHONE:**         (941) 748-6847

**SCOPE OF SURVEY:** This moisture content inspection was performed on the bow of the subject vessle only. The areas of particular concern were around the deck hatches and the bow light. Conditions at time of the survey were: temperature in the high 70s, sunny and light wind. There was no residual moisture from morning dew on the deck or hull. Moisture readings were taken with the GRP 33 meter.

**FINDINGS:** Prior to the inspection the meter was calibrated and found to be calibrated correctly. The areas of interest were inspected during the process of taking readings over the entire foredeck. The readings in the areas of interest were consistent with readings taken in other areas.

Readings varied little. All indicated moisture content of 0.50% or less. There were no spikes around either deck hatch or the bow light. Other areas which typically have elevated readings i.e., the hand rail mounts, also had readings of 0.50% or less.

_Charles J. Miller_
SAMS® AMS# 762

Submitted without prejudice This report has been prepared and submitted in good faith. It is a description of the condition as then found, examined and visible. The surveyor assumes no responsibility for any defects and shall be held harmless for any subsequent conditions arising. This report does not guarantee, either express or implied, the condition of the above vessel.