## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

May 21, 2007

W. Patrick Delaney, Esquire
Matthew W. Fuchs, Esquire
Donald J.P. Sweeney, Esquire
Warren E. Voter, Esquire
The Boat Store

In re:   Thomas E. Mertz vs. Donzi Marine, Inc., et al. vs. The
         Boat Store
              Civil Action No. 04-55-E

Counsel/unrepresented parties:

Please be advised that a Pretrial Conference will be held on **Tuesday, August 7, 2007, at 2:30 p.m.** before Judge Maurice B. Cohill, Jr., Federal Courthouse, Courtroom A, Second Floor, Erie, Pennsylvania. Mark your calendars accordingly.

If you have any questions regarding this matter, please contact me as soon as possible.

Very truly yours,

s/Karen M. Wilson
Administrative Assistant to
Senior Judge Maurice B. Cohill, Jr.