IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ, | ) |
|    Plaintiff, | ) |
| v. | ) Civil Action No. 04-55E |
| DONZI MARINE, INC. and AMERICAN MARINE HOLDINGS, INC., in its own right and d/b/a DONZI MARINE, | ) |
|    Defendants and Third Party Plaintiffs, | ) |
| v. | ) |
| THE BOAT STORE, | ) |
|    Third-Party Defendant | ) |

## ORDER

On March 6, 2007, this Court ordered Third-Party Defendant The Boat Store to file a Pretrial Statement meeting the requirements of this Court's Local Rule 16.1.4.C within twenty-one (21) days of Defendants filing their Pretrial Statement. Defendants filed their Pretrial Statement on April 16, 2007. Therefore, Third-Party Defendant The Boat Store should have filed its Pretrial Statement on or before May 7, 2007. To date, Third-Party Defendant The Boat Store has not filed its Pre-trial Statement.

AND NOW, to-wit, this 21st day of May, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Third-Party Defendant The Boat Store is to file a Pretrial Statement that complies with the requirements of Local Rule 16.1.4.C on or before June 4, 2007. See W.D.PA.LR. 16.1.4.C. Failure by Third-Party Defendant The Boat Store to file a pretrial statement and fully disclose the substance of the evidence to be offered at trial may

result in the exclusion of Third-Party Defendant The Boat Store's evidence at trial. <u>See</u> W.D.PA.LR. 16.1.4.G.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge

cc:  counsel of record

  The Boat Store
  c/o Gregory Szczesny
  5676 Luna Lane
  Erie, PA 16506-4742