IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ,<br>　　　Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| DONZI MARINE, INC. and<br>AMERICAN MARINE HOLDINGS,<br>INC., in its own right and d/b/a<br>DONZI MARINE, | : <br>: <br>: <br>: | JURY TRIAL DEMANDED |
| 　　　Defendants and<br>　　　Third-Party Plaintiffs | : <br>: | THE HONORABLE MAURICE B. COHILL, JR. |
| v. | : | |
| | : | |
| THE BOAT STORE<br>　　　Third-Party Defendant | : <br>: | NO. 04-55E |

## WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

Kindly withdraw my appearance in the above matter on behalf of Defendants, Donzi Marine, Inc. and American Marine Holdings, Inc.

　　　　　　　　　　　　　　　　　SWEENEY & SHEEHAN

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　Donald J.P. Sweeney

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance in the above matter on behalf of Defendants, Donzi Marine, Inc. and American Marine Holdings, Inc.

　　　　　　　　　　　　　　　　　SWEENEY & SHEEHAN

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　Robyn F. McGrath

DATE:  May 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ, | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| v. | : | |
| | : | |
| DONZI MARINE, INC. and | : | JURY TRIAL DEMANDED |
| AMERICAN MARINE HOLDINGS, | : | |
| INC., in its own right and d/b/a | : | |
| DONZI MARINE, | : | |
| Defendants and | : | THE HONORABLE MAURICE B. COHILL, JR. |
| Third-Party Plaintiffs | : | |
| v. | : | |
| | : | |
| THE BOAT STORE | : | |
| Third-Party Defendant | : | NO. 04-55E |

## CERTIFICATION OF SERVICE

I hereby certify that the following counsel of record were served with a true and correct copy of the **Withdrawal of Appearance/Entry of Appearance** in the above-captioned matter via electronic and U.S. Postal Service, First Class Mail on May 21, 2007:

Matthew W. Fuchs, Esquire
**MacDONALD, ILLIG, JONES &
BRITTON LLP**
100 State Street, Suite 700
Erie, PA 16507-1459

Gregory Szczesny
**THE BOAT STORE**
5676 Luna Lane
Erie, PA 16506-4742

SWEENEY & SHEEHAN

By: _____
Robyn F. McGrath
Attorney for Defendants and
Third Party Plaintiffs,
Donzi Marine, Inc. and
American Marine Holdings, Inc.