IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ,<br>    Plaintiff<br>  v.<br><br>DONZI MARINE, INC. and<br>AMERICAN MARINE HOLDINGS,<br>INC., in its own right and d/b/a<br>DONZI MARINE,<br>    Defendants and<br>    Third-Party Plaintiffs<br>  v.<br><br>THE BOAT STORE<br>    Third-Party Defendant | CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br><br><br><br>THE HONORABLE MAURICE B. COHILL, JR.<br><br><br><br>NO.: 1:04-cv-0055 |

## MEMORANDUM OF LAW IN SUPPORT
## OF THE MOTION FOR RECONSIDERATION

Defendants and Third-Party Plaintiffs, Donzi Marine, Inc. and American Marine Holdings, Inc., through its attorneys at Sweeney & Sheehan, P.C. hereby incorporate its prior Memorandum of Law which was attached to its Motion to Amend the Third-Party Complaint as though fully set herein at length.

          Respectfully submitted,

          SWEENEY & SHEEHAN

          BY: _____
              Robyn F. McGrath, Esquire
              Identification No.: 55892
              Attorney for Defendants and
              Third-Party Plaintiffs,
              Donzi Marine, Inc. and American
              Marine Holdings, Inc.

          1515 Market Street, 19th Floor
          Philadelphia, PA 19102
Date: June 14, 2007          215-563-9811