IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ, <br>     Plaintiff <br> v. <br><br> DONZI MARINE, INC. and <br> AMERICAN MARINE HOLDINGS, <br> INC., in its own right and d/b/a <br> DONZI MARINE, <br>     Defendants and <br>     Third-Party Plaintiffs <br> v. <br><br> THE BOAT STORE <br>     Third-Party Defendant | CIVIL ACTION - LAW <br><br> <u>JURY TRIAL DEMANDED</u> <br><br><br><br> THE HONORABLE MAURICE B. COHILL, JR. <br><br><br> NO.: 1:04-cv-0055 |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion for Reconsideration of Defendants, Donzi Marine, Inc. and American Marine Holdings, Inc., in its own right and d/b/a Donzi Marine, of this Court's Memorandum Order dated May 14, 2007 denying the Motion to Amend the Third-Party Complaint without prejudice, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion for Reconsideration is **GRANTED** and the Third-Party Complaint is amended to change the name of the Third-Party Defendant to Szczesny Enterprises, Inc. d/b/a The Boat Store.

                                                      **BY THE COURT:**

                                                  **Maurice B. Cohill, Jr.**
                                                  **Senior District Court Judge**