IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. MERTZ, | : | CIVIL ACTION - LAW |
|     Plaintiff | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| DONZI MARINE, INC. and | : | |
| AMERICAN MARINE HOLDINGS, | : | |
| INC., in its own right and d/b/a | : | |
| DONZI MARINE, | : | |
|     Defendants and | : | |
|     Third-Party Plaintiffs | : | THE HONORABLE MAURICE B. COHILL, JR. |
| v. | : | |
| | : | |
| THE BOAT STORE | : | |
|     Third-Party Defendant | : | NO.: 1:04-cv-0055 |

**CERTIFICATION OF SERVICE**

I hereby certify that the following interested parties were served with a true and correct copy of the **Motion for Reconsideration** in the above-captioned matter via electronic and U.S. Postal Service, First Class Mail on June 14, 2007:

Matthew W. Fuchs, Esquire
**MacDONALD, ILLIG, JONES & BRITTON LLP**
100 State Street, Suite 700
Erie, PA 16507-1459

Gregory Szczesny
**THE BOAT STORE**
5676 Luna Lane
Erie, PA 16506-4742

SWEENEY & SHEEHAN

By: _____
Robyn F. McGrath
Attorney for Defendants and
Third Party Plaintiffs,
Donzi Marine, Inc. and
American Marine Holdings, Inc.