# Exhibit "C"

FORM B6A
(10/05)

In re: Gregory M. Szczesny   Christine A. Szczesny, 	Case No. _____
          Debtors                                                                                      (If known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5676 Luna Lane, Erie, PA - Tenancy by entiretires per deed recorded Erie County R. B. 1076 at page 470 - Value per appraisal. | | J | $ 176,000.00 | $ 153,055.91 |
| Commercial premises - 10170 West Main Street, North East, PA - tenancy by entireties per deed recorded Erie County R. B. 690 at page 1750. Value is proposed pruchase price. | | J | $ 485,000.00 | $ 384,000.00 |
| | | Total ▶ | $ 661,000.00 | |

(Report also on Summary of Schedules.)