*Exhibit "D"*

Page 1

```
 1     IN THE UNITED STATES DISTRICT COURT FOR THE
             WESTERN DISTRICT OF PENNSYLVANIA
 2
    THOMAS E. MERTZ,           : CIVIL ACTION
 3       Plaintiff             :
                               :
 4       v.                    : NO. 04-55E
                               :
 5  DONZI MARINE, INC. and     :
    AMERICAN MARINE HOLDINGS,  :
 6  INC., in its own right and :
    d/b/a DONZI MARINE,        :
 7       Defendants            : JURY TRIAL DEMANDED

 8

 9

10        Deposition of GREGORY SZCZESNY, taken before

11   and by Sonya Hoffman, Notary Public in and for the

12   Commonwealth of Pennsylvania on Wednesday, February

13   2, 2005, commencing at 1:31 p.m., at the offices of

14   MacDonald Illig Jones & Britton, LLP, 100 State

15   Street, Suite 700, Erie, PA 16507.

16

17  For the Plaintiff:

18     W. Patrick Delaney, Esquire
       Matthew W. Fuchs, Esquire
19     MacDonald Illig Jones & Britton, LLP
       100 State Street, Suite 700
20     Erie, PA 16507

21  For the Defendants:

22     Robyn F. McGrath, Esquire
       Sweeney & Sheehan, P.C.
23     1515 Market Street, Suite 1900
       Philadelphia, PA 19102
24

25           Reported by Sonya Hoffman
```

Page 2

```
 1              I N D E X
 2
 3
 4  GREGORY SZCZESNY
 5    Direct Examination by Mr. Delaney . . . . . . . 3
 6    Cross-Examination by Ms. McGrath. . . . . . . .60
 7    Redirect Examination by Mr. Delaney . . . . . .74
 8    Recross-Examination by Ms. McGrath. . . . . . .77
 9    Further Redirect Examination by Mr. Fuchs . . .84
10
11              E X H I B I T S
12
13    Deposition Exhibit No. S-1 . . . . . . . . . .24
14    Deposition Exhibit No. S-2 . . . . . . . . . .25
15    Deposition Exhibit No. S-3 . . . . . . . . . .28
16    Deposition Exhibit No. S-4 . . . . . . . . . .36
17    Deposition Exhibit No. S-5 . . . . . . . . . .39
18    Deposition Exhibit No. S-6 . . . . . . . . . .58
19    Deposition Exhibit No. S-7 . . . . . . . . . .74
20    Deposition Exhibit No. S-8 . . . . . . . . . .77
21
22
23
24
25
```

Page 3

1  GREGORY SZCZESNY, first having
2  been duly sworn, testified as follows:
3
4            DIRECT EXAMINATION
5  BY MR. DELANEY:
6
7     Q. Mr. Szczesny, I introduced myself to you before,
8  I'm Patrick Delaney. I'm here on behalf of Mr. Mertz with
9  regard to a lawsuit that's pending in the Federal District
10 Court here in Erie concerning a boat that he purchased back,
11 I think, in 2002.
12       I'm going to ask you some questions, some
13 questions about yourself and the store that you owned, what
14 you might remember about the transaction and Mr. Mertz and
15 contact with Mr. Mertz. You have brought with you today a
16 bunch of documents that we may take time to identify some or
17 all of them. So that's the order in which we're going to go
18 through.
19       It's a question-and-answer period. You're not
20 expected to give speeches. I'll ask questions, you give me
21 answers as best you can. If you need to take a break, let
22 me know. All of your -- just a couple general rules of
23 thumb, if you could not talk over me and I won't talk over
24 you in the sense that please don't start an answer before I
25 finish a question because this young lady will get upset

Page 4

1  because it comes out poorly when it's written.
2        In addition to that, if you want to say yes or no,
3  please do so but avoid doing the uh-huh or huh-uh because
4  when you read it, you can never tell whether it's
5  affirmative or negative. And if you do that, as many people
6  do, I may interrupt you and ask you does that mean yes or no
7  and I don't mean to be rude.
8        If I confuse you with a question, and I'm prone to
9  do that occasionally, stop me and say I don't understand
10 what you mean or you're wrong or make me rephrase it and I'm
11 happy to do that. We just want to get a clear record and
12 some background from you, okay?
13    A. Uh-huh.
14    Q. That's a yes. Let's start with your full name,
15 please.
16    A. Gregory Michael Szczesny.
17    Q. And your current address, please.
18    A. 5676 Luna Lane.
19    Q. And what community is that?
20    A. Erie, PA 16506.
21    Q. Is there a telephone number at which you can be
22 readily reached?
23    A. 440-0293. That would be an 814 area code, also.
24    Q. That's a cell phone?
25    A. Yeah.

Page 5

1  Q. Tell me a bit about your education. Where did you
2 go to -- did you go to high school?
3  A. I went to high school at East High School.
4 Graduated there, went to work at General Electric
5 Corporation, worked there going to Gannon University for
6 seven years.
7  Q. Did you take a degree from Gannon?
8  A. No, never finished it.
9  Q. What curriculum were you in?
10  A. Industrial engineering.
11  Q. When were you last at Gannon?
12  A. I'll show my age --
13  Q. Well, I'm going to ask you a date of birth so you
14 might as well give it up.
15  A. I know. I'm trying to think, I'd say '80 -- '79,
16 '80.
17  Q. Okay. What is your date of birth, please?
18  A. 9/11/54.
19  Q. Married or single?
20  A. Married.
21  Q. Any kids?
22  A. Two.
23  Q. Grown?
24  A. Yes.
25  Q. You mention that you were at GE. Did you have

Page 6

1 just a position as a laborer or a skilled trade?
2  A. A machinist.
3  Q. How close were you to your degree in industrial
4 engineering?
5  A. Two years away.
6  Q. I presume you were going part time over that
7 period of time?
8  A. Uh-huh, yes.
9  Q. Did you take any sort of an associate's degree
10 or --
11  A. Yes. I have a degree from the Associated
12 Industrial Engineering Center.
13  Q. From Gannon?
14  A. No, it's an outsourcing corporation.
15  Q. Any other advanced education other than Gannon?
16  A. No.
17  Q. I understand that you had an ownership interest in
18 a business called The Boat Store.
19  A. Yes.
20  Q. When did you first become involved in that
21 business?
22  A. About 1998.
23  Q. Did you found the business?
24  A. Yes.
25  Q. Where was the initial location of the business?

Page 7

1  A. 10190 West Main Road, North East, PA.
2  Q. Did it ever have any other location?
3  A. We moved to 10170 West Main Road, North East, PA.
4  Q. When did you make that move?
5  A. 2000.
6  Q. And have you -- I'm sorry, is The Boat Store still
7 in operation?
8  A. Yes, it is.
9  Q. And is it still at 10170 West Main Road in North
10 East?
11  A. Partially.
12  Q. Where else is it located?
13  A. We have one on -- at Dobbin's Landing.
14  Q. When was that opened?
15  A. 2001.
16  Q. Are there any other locations?
17  A. We have a sales office on the Bayfront Highway.
18  Q. Here in the City?
19  A. Uh-huh.
20  Q. When was that sales office opened?
21  A. 2004.
22  Q. You know that we're here with regard to the
23 purchase by Mr. Thomas Mertz of a boat manufactured by
24 Donzi. What store would that -- or what location would that
25 transaction have occurred?

Page 8

1  A. North East.
2  Q. All the discussions and any paperwork; is that
3 true?
4  A. Yes.
5  Q. I jumped ahead of myself. What is the nature of
6 the business of The Boat Store?
7  A. Boat sales, service.
8  Q. Has that been true throughout its --
9  A. Yes.
10  Q. -- I guess now, six or seven year existence?
11  A. Yeah.
12  Q. How many employees at The Boat Store?
13  A. Right now, two.
14  Q. Including yourself?
15  A. Uh-huh.
16  Q. Who's the other person?
17  A. Jack McAllister.
18  Q. What does Mr. McAllister do?
19  A. Sales.
20  Q. Back in 2002 -- and I believe our transaction
21 occurred May 8, 2002, how many employees were at The Boat
22 Store?
23  A. Eight.
24  Q. That would include you?
25  A. Uh-huh.

1
2
3         C E R T I F I C A T I O N
4
5      I, Sonya Hoffman, a Court Reporter and
6   Notary Public in and for the Commonwealth of
7   Pennsylvania, do hereby certify that the foregoing
8   is a true and accurate transcript of my
9   stenographic notes in the above-captioned matter.
10
11
12
13            _____Sonya Hoffman_____
14               Court Reporter and Notary Public
15
16
17      Dated: February 15, 2005
18
19
20        NOTARIAL SEAL
          SONYA A. HOFFMAN, NOTARY PUBLIC
21        CITY OF ERIE, ERIE COUNTY
          MY COMMISSION EXPIRES NOV. 9, 2008
22
23
24
25