# Exhibit "F"

LIST OF INVENTORY

2003 14-foot Mircraft

1989 Wellcreft

1984 25-foot Freedom Sailboat

1995 Bass Boat

        Total Value        $ 9,000.00

        Retail        $15,000.00

One Boat Triaxle        $3,000.00

Miscellaneous Parts and Accessories        $6,000.00

Office Trailer - Retail        $ 6,000.00
    Wholesale        $ 4,000.00

Above items are free and clear.

The following items are owned by the debtor with liens or leases exceeding the value:

20-foot Angler - Retail $29,000.00; Wholesale $24,000.00; Textron has lien; 22-foot Angler - Retail $34,000.00; Wholesale $28,000.00; Textron has lien; 2003 17-foot Mircraft - Retail $17,000.00; Wholesale $12,000.00; GE has lien; Honda Outboard - Retail $21,000.00; Wholesale $17,000.00; Honda has lien. GE repossessed a 2003 Powerquest boat in March 2006.

All boats and other items are owned by the corporate entity, not by the debtors personally.