IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 04-55-E |
| DONZI MARINE, INC., et al., | ) |
| Defendants/ Third-party pltfs., | ) |
| vs. | ) |
| THE BOAT STORE, | ) |
| Third-party deft. | ) |

### O R D E R

AND NOW, this 18th day of June, 2007, upon consideration of Defendants/Third-Party Plaintiffs' Motion for Reconsideration in Relation to This Court's Order of May 14, 2007 Denying Without Prejudice the Motion to Amend the Third-Party Complaint of Defendants and Third-Party Plaintiffs, Donzi Marine, Inc. and American Marine Holdings, Inc., Pursuant to Fed. R. Civ. P. 15(a) and (c) (document No. 34) filed in the above captioned matter on June 14, 2007,

IT IS ORDERED that Third-Party Defendant The Boat Store file a response no later than July 2, 2007.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

ecf:    Counsel of record

cc:     The Boat Store
        c/o Greg Szczesny
        5676 Luna Lane
        Erie, PA 16506-4742