Gregory M. Szczesny
5676 Luna Lane
Erie, PA 16506
814-835-6936


June 4, 2007


Chambers of
Maurice B. Cohill, Jr.
United States District Judge


Attn: Senior Judge Maurice B. Cohill Jr.,


   I am sending you this letter in reference to civil action No. 04-55-E. I currently can not afford legal counsel to represent me, in my defense. The Boat Store has been closed for about 2 years. I have claimed personal bankruptcy, and have claimed Thomas Mertz and Donzi Marine, as listed on the attached sheets. I am currently unemployed because I lost my job in January of 2007, due to a heart attack in December of 2006. I do not know what I can do about this matter because at this time I am under great duress.


                                               Sincerely,

                                               Gregory M. Szczesny


cc: Matthew W. Fuchs
    Robyn F. McGrath