Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

### Western District of Pennsylvania
### Case No. 06-10446-WWB
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory M. Szczesny  
5676 Luna Lane  
Erie, PA 16506

Christine A. Szczesny  
5676 Luna Lane  
Erie, PA 16506

Social Security No.:  
xxx-xx-8294                              xxx-xx-0745

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 9/7/06

Warren W. Bentz  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

076041

Form B6F - Cont.
(10/05)

In re Gregory M. Szczesny   Christine A. Szczesny
             Debtors

Case No. 06-10446-WWB
             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Thomas E. Mertz<br>c/o MacDonald Illig Jones & Britton<br>100 State St.<br>Erie, PA 16507<br><br>Thomas E. Mertz<br>5850 Ruhl Road<br>Fairview, PA 16415<br><br>Donzi Marine, Inc.<br>PO Box 987<br>Tallevasti, FL 34270<br><br>Donzi Marine, Inc.<br>7110 21st Street E.<br>Sarasota, FL 34243 | | J | Suit Federal Dist. Ct., E.D.PA - believed nothing owed - listed as a safeguard | | | X | 0.00 |
| ACCOUNT NO.<br>Verizon Directories Info Service<br>PO Box 619009<br>DFW Airport, TX 75261-9009 | X | J | Advertising | | | | 1,038.75 |
| ACCOUNT NO. 1005640000<br>Vita Plate<br>PO Box 727<br>Port Clinton, OH 43452 | X | J | Parts | | | | 1,348.29 |
| ACCOUNT NO. 253720<br>Volvo Penta<br>PO Box 7247-6673<br>Philadelphia, PA 19170-6673 | X | J | Parts | | | | 1,220.66 |

Sheet no. 6 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $3,607.70
(Total of this page)

Total ➤ $348,317.64
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)