Gregory M Wyzgerny
52 E Penn Ave
Erie, PA 16506

ERIE PA 165
04 JUN 2007 PM 1 L

United States District Court
Western District of Pennsylvania
Pittsburgh, Pennsylvania
attn: Chambers of Maurice B Cohill
United States District Judge

1520 0/3 555