Gregory M. Szczesny
5676 Luna Lane
Erie, PA 16506
Home  814-835-6936
Cell    814-440-0293

June 28, 2007

Chambers of
Maurice B. Cohill, Jr.
United States District Judge

In Re:  Thomas E. Mertz vs. Donzi Marine Inc. vs. The Boat Store.
   Civil Action No. 04-55E

Attn: Senior Judge Maurice B. Cohill Jr.,

   In response to the order of June 18th, 2007 I Object to the release file Donzi is requesting, as they have had ample time and notice to change documents prior to the commencement of this action.

   If the release is granted The Boat Store will be prejudice due to the fact that the majority of the assets that were listed on the debtor's bankruptcy schedule Donzi exhibit have been liquidated to pay off existing debt.
   Again as listed on the letter June 4, 2007 attached.  I can not afford legal counsel and the business as The Boat Store & Szczesny Enterprise has been abolished.

Sincerely,

Gregory M. Szczesny

cc: Matthew W. Fuchs
cc: Robyn F. McGrath