IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. MERTZ, | ) |
| Plaintiff | ) |
| v. | ) Case No. 04-55 Erie |
| DONZI MARINE, INC. and AMERICAN MARINE HOLDINGS, INC, in its own right and d/b/a DONZI MARINE, | ) Judge Cohill |
| Defendants and Third Party Plaintiffs, | ) |
| v. | ) |
| THE BOAT STORE, | ) |
| Third Party Defendant | ) |

## ORDER

AND NOW, to-wit, this 2nd day of August, 2007, this matter being tentatively settled pending the Court's in camera review of Defendants and Third Party Plaintiffs' financial information, it is hereby ORDERED, ADJUDGED, AND DECREED that the pre-trial conference scheduled for Tuesday, August 7, 2007 at 2:30 P.M. is CANCELLED.

It is further hereby ORDERED, ADJUDGED AND DECREED that if this case does not settle, then the parties shall contact the Court so that a pre-trial conference can be rescheduled forthwith.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge