IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. MERTZ,** Plaintiff, | ) ) ) | |
| Vs. | ) ) | Civil Action No. 04-55 Erie |
| **DONZI MARINE, INC.**, et al., Defendants. | ) ) ) | |

## ORDER

AND NOW, to wit, this 16th day of August, 2007, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter,

IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

Maurice B. Cohill, Jr.,
United States District Judge

cc: all parties of record. nk